IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR049 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| CAROL A. FRAZIER, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 114. Following a hearing in this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED:

1. The defendant's motion, Filing No. 114, is granted.

2. Defendant's date for self-surrender is hereby continued for seven months pending further hearing.

3. A status hearing is scheduled for **January 4, 2013, at 8:30 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant is allowed to participate by telephone.

DATED this 18th day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge